STATE OF NEW JERSEY v. PHILIP BROWN.

February 19, 1982.

Petition for certification denied.

BOARD OF EDUCATION OF THE TOWNSHIP OF WEST MIL-
FORD v. ROCKWELL MANUFACTURERS COMPANY.

February 19, 1982.

Petition for certification denied.   (See 173 *N.J. Super.* 506)

ROBERT KLINKO v. H. C. GABLER, INC.

February 19, 1982.

Petition for certification denied.